UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| TERRAL RIVERSERVICE, INC.<br>    Plaintiff | CIVIL ACTION NO. 3:22-CV-5780 |
| VERSUS | JUDGE |
| UNITED STATES OF AMERICA<br>    Defendant | MAGISTRATE |

## CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Terral RiverService, Inc., who, in compliance with Federal Rule of Civil Procedure 7.1, discloses that it does not have a parent corporation, and no publicly held corporation owns any of its stock.

          Respectfully submitted,

          s/ David P. Doughty
          David P. Doughty, Bar No. 18871

          **COTTON, BOLTON, HOYCHICK**
          **& DOUGHTY, L.L.P.**
          607 Madeline Street ~ P. O. Box 857
          Rayville, Louisiana 71269
          Telephone (318) 728-2051
          Facsimile (318) 728-5293
          E-mail: ddoughty@cottonbolton.com

          Attorney for Terral RiverService, Inc.

Of Counsel:

Frank S. Thackston, Jr.
Health S. Douglas
**LAKE TINDALL**
127 S Poplar Street (38701)
P. O. Box 918
Greenville, MS 38702-0918
Telephone (662) 378-2121
Facsimile (662) 378-2183
E-mail: fthackston@ltindall.com
E-mail: hdouglas@ltindall.com

Attorneys for Terral RiverService, Inc.